JEMMA E. DUNN
Nevada Bar No. 16229
MATTHEW T. HALE
Nevada Bar No. 16880
MICHAEL A. BURNETTE
Nevada Bar No. 16210
GREENBERG GROSS LLP
1980 Festival Plaza Drive, Suite 730
Las Vegas, NV 89135
Telephone: (702) 777-0888
Facsimile: (702) 777-0801
 JDunn@GGTrialLaw.com
 MHale@GGTrialLaw.com
 MBurnette@GGTrialLaw.com

*Attorneys for Plaintiff
German Barajas*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GERMAN BARAJAS, an individual,<br><br>            Plaintiff,<br><br>    v.<br><br>BYRNECUT US CORPORATION, a Nevada corporation,<br><br>            Defendant. | Case No.: 2:25-cv-00473-RFB-MDC<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT BYRNECUT US CORPORATION TO FILE RESPONSIVE PLEADING TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

1. Pursuant to Local Rules 6-1 and 6-2, Plaintiff German Barajas ("Plaintiff") and Defendant Byrnecut US Corporation ("Byrnecut") and together with Plaintiff, the "Parties") stipulate and agree as follows:

    1. On or about April 3, 2025, Byrnecut was served with the Summons and Complaint for the above-referenced matter. [ECF No.6]

    2. On April 17, 2025, counsel for Byrnecut conferred with Plaintiff's counsel to request that the Parties agree to extend Byrnecut's deadline to file a responsive pleading while it continues to gather further information regarding Plaintiff's claims and obtains local counsel.

    3. On April 17, 2025, the Parties agreed that good cause exists to extend Byrnecut's responsive pleading deadline to allow Brynecut to gather information and obtain local counsel.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

STIPULATION AND PROPOSED ORDER TO EXTEND TIME FOR DEFENDANT BYRNECUT US
CORPORATION TO FILE RESPONSIVE PLEADING TO COMPLAINT

4. The Parties agreed to extend the deadline for Byrnecut to file its responsive pleading to May 15, 2025.

5. This stipulation is made in good faith and not for the purpose of delay.

6. This is the first stipulated request to extend Byrnecut's responsive pleading deadline.

**NOW, THEREFORE, IT IS HEREBY STIPULATED THAT:**

Byrnecut's time to file a responsive pleading to Plaintiff's Complaint is extended. Brynecut shall file its responsive pleading on or before May 15, 2025.

DATED this 28th day of April, 2025.

| | |
|---|---|
| */s/ Michael A. Burnette* | */s/ Anjuli B. Woods* |
| JEMMA E. DUNN | Anjuli B. Woods |
| Nevada Bar No. 16229 | Nevada Bar No. 10989 |
| MATTHEW T. HALE | Stephen E. Baumann II |
| Nevada Bar No. 16880 | Hannah J. Fitzgerald |
| MICHAEL A. BURNETTE | 1800 California Street |
| Nevada Bar No. 16210 | Denver, Colorado 80202 |
| 1980 Festival Plaza Drive, Suite 730 | |
| Las Vegas, Nevada 89135 | *Attorneys for Defendant Byrnecut US Corporation* |
| *Attorneys for Plaintiff* | |

**ORDER**

IT IS SO ORDERED:

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge

DATED: 4/30/2025