Stephen E. Baumann II (*pro hac vice* pending)[1]
stephen.baumann@hklaw.com
Hannah J. Fitzgerald (*pro hac vice* pending)
hannah.fitzgerald@hklaw.com
HOLLAND & KNIGHT LLP
1801 California St., Ste. 5000
Denver, CO 80202
Tel: 303.974.6660
Fax: 303.974.6659

Anjuli B. Woods
Nevada Bar No. 10989
awoods@wwhgd.com
WEINBERG WHEELER HUDGINS GUNN & DIAL
6385 S. Rainbow Blvd., Ste. 400
Las Vegas, NV 89118
Tel: 702.938.3810
Fax: 702.938.3846

*Attorneys for Defendant Byrnecut US Corporation*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GERMAN BARAJAS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>BYRNECUT US CORPORATION, a Nevada corporation,<br><br>Defendant. | Case No.:  2:25-CV-00473-RFB-MDC<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT BYRNECUT US CORPORATION TO FILE RESPONSIVE PLEADING TO COMPLAINT**<br><br>**(SECOND REQUEST)** |

---

[1] Counsel has complied with LR IA 11-2 and moved for *pro hac vice* admission.

Pursuant to Local Rules 6-1 and 6-2, Plaintiff German Barajas ("Plaintiff") and Defendant Byrnecut US Corporation ("Byrnecut" and together with Plaintiff, the "Parties") stipulate and agree as follows:

**WHEREAS:**

1. On or about April 3, 2025, Byrnecut was served with the Summons and Complaint for the above-referenced matter. [ECF No. 6].

2. On April 17, 2025, counsel for Byrnecut conferred with Plaintiff's counsel to request that the Parties agree to extend Byrnecut's deadline to file a responsive pleading while it continues to gather further information regarding Plaintiff's claims and obtains resident counsel per the local rules. The Parties agreed that good cause existed to extend Byrnecut's responsive pleading deadline to May 15, 2025.

3. The Court granted the stipulation on April 30, 2025. [ECF No. 10].

4. Byrnecut has now obtained resident counsel, as Anjuli B. Woods now works for Weinberg Wheeler Hudgins Gunn & Dial in its Las Vegas, Nevada office.

5. On or about May 14, 2025, counsel for Byrnecut conferred with Plaintiff's counsel to request that the Parties agree to briefly extend Byrnecut's deadline to file a responsive pleading by seven days, as Byrnecut's resident counsel transitioned to a new firm, and counsel is finalizing its response to Plaintiff's Complaint.

6. The Parties agreed that good cause exists to briefly extend Byrnecut's responsive pleading deadline to May 22, 2025.

7. This stipulation is made in good faith and not for the purpose of delay.

///
///
///
///
///
///

STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT BYRNECUT US CORPORATION TO FILE RESPONSIVE PLEADING TO COMPLAINT

8. This is the second stipulated request to extend Byrnecut's responsive pleading deadline.

**NOW, THEREFORE, IT IS HEREBY STIPULATED THAT:**

Byrnecut's time to file a responsive pleading to Plaintiff's Complaint is extended. Brynecut shall file its responsive pleading on or before May 22, 2025.

DATED this 14th day of May, 2025.

| GREENBERG GROSS LLP | HOLLAND & KNIGHT LLP |
|---|---|
| By: /s/ *Michael A. Burnette* <br> JEMMA E. DUNN <br> Nevada Bar No. 16229 <br> MATTHEW T. HALE <br> Nevada Bar No. 16880 <br> MICHAEL A. BURNETTE <br> Nevada Bar No. 16210 <br> 1980 Festival Plaza Dr., Ste. 730 <br> Las Vegas, NV 89135 <br><br> *Attorneys for Plaintiff German Barajas* | By: /s/ *Anjuli B. Woods* <br> Anjuli B. Woods <br> Nevada Bar No. 10989 <br> WEINBERG WHEELER <br> HUDGINS GUNN & DIAL <br> 6385 S. Rainbow Blvd., Ste. 400 <br> Las Vegas, NV 89118 <br><br> Stephen E. Baumann II <br> (*pro hac vice* pending) <br> Hannah J. Fitzgerald <br> (*pro hac vice* pending) <br> 1800 California St., Ste. 5000 <br> Denver, Colorado 80202 <br><br> *Attorneys for Defendant Byrnecut US Corporation* |

**IT IS SO ORDERED:**

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge

DATED: 5/15/2025

-2-
STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT BYRNECUT US CORPORATION TO FILE RESPONSIVE PLEADING TO COMPLAINT